In the Matter of the Proposed Placement on Unrequested Leave of Marie BRISTOL, Victoria Svetlik, Jane Maurer & Douglas Ekmark.

No. CO–89–1175.

Supreme Court of Minnesota.

Nov. 22, 1989.

ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the petition of Marie Vristol, Victoria Svetlik, Jane Maurer and Douglas Ekmark for further review be, and the same is, granted and the order of the court of appeals filed September 16, 1989, be, and the same is reversed. *In re Volz,* 448 N.W.2d 70 (Minn., filed herewith). The matter is accordingly remanded to the court of appeals for consideration and disposition of the appeal on the merits.